UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| JIMMIE ALAN LANE, ) | Case No. 09-38211-DOT |
| ) | |
| Debtor. ) | |
| ) | |
| WELLS FARGO FINANCIAL SYSTEM VIRGINIA, INC., ) | |
| SUCCESSOR BY MERGER TO WELLS FARGO ) | |
| FINANCIAL ACCEPTANCE SYSTEM VIRGINIA, INC., ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| JIMMIE ALAN LANE, and ) | |
| HARRY SHAIA, JR., TRUSTEE, ) | |
| ) | |
| Respondents. ) | |

ORDER WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon the Motion for Relief from Automatic Stay by Wells Fargo Financial System Virginia, Inc., successor by merger to Wells Fargo Financial Acceptance System Virginia, Inc.,("Wells Fargo"), by counsel, and the representation by Wells Fargo that the debtor has cured the delinquency his debt on the 2003 BMW VIN WBAET37463NJ28464, (the "Property"), it is hereby

ORDERED

that the Motion for Relief from Automatic Stay be, and hereby is, withdrawn; and it is further

ORDERED

that a copy of this Order be forwarded to Andrew S. Goldstein, attorney for Movant; to Sandra Renee Robinson, attorney for Debtor; to Harry Shaia, Jr., Trustee; and to Jimmie Alan Lane, Debtor.

                                                                            _____
                                                                            United States Bankruptcy Judge

I ask for this:
WELLS FARGO FINANCIAL SYSTEM VIRGINIA, INC.,
SUCCESSOR BY MERGER TO WELLS FARGO
FINANCIAL ACCEPTANCE SYSTEM VIRGINIA, INC.,

By: /s/ Andrew S. Goldstein
     Of Counsel
Andrew S. Goldstein, Esquire
Magee, Goldstein, Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia  24003-0404
Virginia State Bar No. 28421
(540) 343-9800

<u>Local Rule 9022-1(C)Certification</u>

The foregoing Order was endorsed by and served upon all necessary parties.

<u>/s/ Andrew S. Goldstein</u>

PARTIES TO RECEIVE COPIES:

Andrew S. Goldstein, Esq.
Magee, Goldstein, Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA 24003-0404
Counsel for Movant

Jimmie Alan Lane
301 Cheswick Lane
Richmond, VA 23229

Sandra Renee Robinson, Esq.
501 East Franklin Street, Suite 621
Richmond, VA 23218
Counsel for Debtor

Harry Shaia, Jr.
Chapter 7 Trustee
8550 Mayland Drive
Richmond, VA 23294